UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

Re: CHARLES ZANDFORD         CASE No. 05-13305-PJW

## AMENDED NOTICE OF APPEAL

CHARLES ZANDFORD
10 N.E. 4th St.
MILFORD, DE. 19963
(302) 745-5843

The Debtor/Appellant, Charles Zandford, hereby amends his Notice of Appeal due to an error involving his date of discharge. The Debtor has filed an Objection to the Court's ruling after giving his timely Notice of Appeal. The Debtor's Amended Notice of Appeal is filed pursuant to 28 U.S.C. § 158(a), and Fed. R. Bankr. P. 8001(a) from the Honorable Peter J. Walsh's Final Order dated August 6, 2007, granting the Trustee's Motion to compel the Debtor to produce bank statements for the 180 days preceding his filing of his chapter 7 bankruptcy.

This bankruptcy case is subject to the 'old law.' The debtor received his discharge more than a year ago on March 27, 2006. No prior discovery was undertaken by the Trustee before discharge. This bankruptcy case, and its adversarial proceeding are now pending appeal before the District Court ( In Re: Charles Zandford - Civil Action No. 07-cv-00030UNA). The Debtor respectfully requests that these appeals be consolidated.

The question of law for the District Court's determination is whether the Trustee has carte blanche to conduct discovery at any time he/she so desires after the debtor's discharge ( more than a year ago) and in absence of any new discovery that he/she did not and could not have known prior to the debtor's discharge.

Respectfully submitted,

Charles Zandford
Charles Zandford
10 N.E. 4th St.
Milford, DE. 19963
(302) 745-5843

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of his Amended Notice of Appeal was served via first class mail, postage prepaid, on this 16th day of September, upon the following:

>Jeffery S. Ciannciulli
>Suite 500
>1339 Chestnut St.
>Phila., PA. 19107-3519

Charles Zandford

IN THE UNITRD STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

IN RE: CHARLES ZANDFORD -05-13305 (PJW)

NOTICE OF APPEAL

FILED
2007 SEP 12 PM 12:32
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

CHARLES ZANDFORD
10 N.E. 4TH ST.
MILFORD, DE. 19963
(302) 745- 5843

The Debtor/Appellant, Charles Zandford, hereby gives Notice of Appeal from the Honorable Peter J. Walsh's Final Order dated August 6, 2007, granting the Trustee's Motion to compel Zandford to produce his bank statements for the 180 days preceding his filing of his chapter 7 bankruptcy pursuant to 28 U.S.C. § 158(a), and Fed. R. Bankr. P. 8001(a).

The debtor received his discharge in this matter over a year ago- April 27, 2006. Prior to his discharge, the Trustee saw no 'cause' to review these documents. Nothing has changed since the debtor's discharge, and no new information has surfaced to justify the Trustee's action, because <u>the Trustee's Motion to compel the production of these documents does not contain a single reference to any allegation of wrong doing or 'cause' to legally justify his conduct.</u>

The question of law for the Court's determination in this matter is whether the Trustee has carte blanche to conduct discovery at any time he/she so desires after the debtor's discharge (over a year ago in this case), without specific reason or allegation based upon discovery of evidence that he/she did not and could not have known prior to the debtor's discharge.

Respectfully submitted,

*(signature)*
Charles Zandford
10 N.E. 4th St.
Milford, DE. 19963
(302) 745-5843

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of his Notice of Appeal was served via first class mail, postage prepaid, on this 10th day of September, upon the following:

Jeffery S. Ciannciulli
Suite 500
1339 Chestnut St.
Phila., PA. 19107-3519

_____
Charles Zandford

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

**APPEAL TRANSMITTAL SHEET**

Case Number: _____  ○ BK   ○ AP
   If AP, related BK Case Number: _____

Title of Order Appealed:
_____
      Docket Number: _____    Date Entered: _____

Item Transmitted:   ○ Notice of Appeal      ○ Motion for Leave to Appeal
                      ○ Amended Notice of Appeal    ○ Cross Appeal
                Docket Number: _____    Date Filed: _____

*Appellant/Cross Appellant:            *Appellee/Cross Appellee
_____   _____
Counsel for Appellant:                Counsel for Appellee:
_____   _____
_____   _____
_____   _____
_____   _____

*If additional room is needed, please attach a separate sheet.*

Filing Fee paid?  ○ Yes   ○ No

IFP Motion Filed by Appellant?  ○ Yes   ○ No

Have Additional Appeals to the Same Order been Filed?  ○ Yes   ○ No
   If so, has District Court assigned a Civil Action Number?  ○ Yes  ○ No   Civil Action # _____

Additional Notes:
_____

_____       By: _____
Date                                    Deputy Clerk

FOR USE BY U.S. BANKRUPTCY COURT

Bankruptcy Court Appeal (BAP) Number: _____
7/6/06

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                    :
                                          :   Chapter 7
**CHARLES ZANDFORD,**                     :
                                          :   Case No. 05-13305(PJW)
                                          :
        Debtor.                           :   re: docket 97

## ORDER

AND NOW, this __6__ day of July Sept, 2007, upon consideration of the Motion of Trustee to Compel the Debtor to immediately produce bank statements for any and all deposit accounts maintained by the Debtor for the six month period immediately preceding the bankruptcy filing (the "Motion"); it is hereby ORDERED as follows:

1.  The Motion is GRANTED;

2.  Debtor, Charles Zandford, shall, on or before, __Nov. 6__, 2007, produce all bank statements for any and all deposit accounts maintained by the Debtor for the six month period immediately preceding the bankruptcy filing; and

3.  Upon further application to this Court, appropriate sanctions will be imposed by the Court for any failure to comply with this Order.

BY THE COURT:

_____
PETER J. WALSH U.S.B.J.

*Filed on July 31, 2007*
*Reference Docket No. _____*

7/31/07
CM/ECF #97