IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re: :
: Chapter 7
**CHARLES ZANDFORD,** :
: Case No. 05-13305(PJW)
:
Debtor. : *re: docket 97*

## ORDER

AND NOW, this __6__ day of ~~July~~ *Sept*, 2007, upon consideration of the Motion of Trustee to Compel the Debtor to immediately produce bank statements for any and all deposit accounts maintained by the Debtor for the six month period immediately preceding the bankruptcy filing (the "Motion"); it is hereby ORDERED as follows:

1. The Motion is GRANTED;

2. Debtor, Charles Zandford, shall, on or before, *Nov. 6*, 2007, produce all bank statements for any and all deposit accounts maintained by the Debtor for the six month period immediately preceding the bankruptcy filing; and

3. Upon further application to this Court, appropriate sanctions will be imposed by the Court for any failure to comply with this Order.

BY THE COURT:

_____
PETER J. WALSH U.S.B.J.

*Filed on July 31, 2007*
*Reference Docket No. _____*

7/31/07
CM/ECF #97