IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**DOCKET ITEM #** 3

IN RE: Charles Zandford

|  |  |  |
|---|---|---|
| Charles Zandford | ) | |
| | ) | |
| Appellant | ) | Civil Action No.  07-611 |
| v. | ) | |
| | ) | |
| | ) | |
| Trustee Alfred Thomas Giuliano | ) | |
| | ) | |
| Appellee | ) | Bankruptcy Case No. 05-13305 |
| | | Bankruptcy Appeal No. 07-93 |

**NOTICE OF DOCKETING**

A Notice of Appeal of the following order of the Bankruptcy Court dated 9/6/07 was docketed in the District Court on 10/5/07:

>  1. The Motion is Granted, 2. Debtor Charles Zandford , shall, on or before 11/6/07 produce all bank statements for any and all deposits accounts maintained by Debtor for the six month period immediately preceding the bankruptcy filing; and 3. Upon further application to this Court, appropriate sanctions will be imposed by the Court for any failure to comply with this Order.

In accordance with the Standing Order of the Court dated July 23, 2004, this case shall be referred to the Appellate Mediation Panel, and briefing will be deferred.

Documents prepared for mediation shall be submitted directly to the mediator and should not be filed with the Clerk's Office.  Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5.

> Peter T. Dalleo
> Clerk of Court

Date:   October 9, 2007
To:     U.S. Bankruptcy Court
        Counsel