

MARON MARVEL BRADLEY & ANDERSON, P.A.

J. RICHARD TUCKER
Attorney At Law

Email Address:
jrt@maronmarvel.com

Direct Dial: (302) 472-1776

Admitted in TX & CA

1201 NORTH MARKET STREET
SUITE 900
WILMINGTON, DELAWARE 19801
(302) 425-5177 | (302) 425-0180 *fax*

*Mailing Address:*
P.O. Box 288
Wilmington, Delaware 19899

October 22, 2007

The Honorable Gregory M. Sleet, Chief Judge
USDC District of DE
844 N. King Street
Wilmington DE 19801

FILED
OCT 22 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

**In re: Charles Zandford CA 07-611 (GMS) USDC - DE**
**Case No. 05-13305 (PJW) US Bankruptcy Court for District of DE**

Dear Honorable Judge Sleet:

On October 5, 2007, there was filed a Notice of Appeal from Bankruptcy Court from the Order entered September 6, 2007, by Judge Walsh in Case No. 05-13305 (PJW) [copy attached].

The undersigned was appointed mediator by the District Court, upon the appeal of this matter, according to the Standing Order, dated July 23, 2004, Governing Mediation of Appeals from the United States Bankruptcy Court for this District.

Based upon review of the Order below and the Appeal Notice, the mediator believes that the *pro se* bankrupt is attempting to appeal Judge Walsh's ruling on discovery matters. Because discovery matters are interlocutory in nature and, under normal circumstances, would not be a proper subject for appeal, mediation, likewise, appears not to be available.

The undersigned respectfully awaits any instruction from this Honorable Court.

Respectfully submitted,

J. Richard Tucker

Attachment

cc: ✓Elizabeth Dinan, USDC-DE
    Charles Zanford, Pro Se
    Jeffrey S. Ciuncillia, Esq.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re: :
: Chapter 7
**CHARLES ZANDFORD,** :
: Case No. 05-13305(PJW)
:  re: docket 97
Debtor. :

### ORDER

AND NOW, this _6_ day of ~~July~~ Sept, 2007, upon consideration of the Motion of Trustee to Compel the Debtor to immediately produce bank statements for any and all deposit accounts maintained by the Debtor for the six month period immediately preceding the bankruptcy filing (the "Motion"); it is hereby ORDERED as follows:

1. The Motion is GRANTED;

2. Debtor, Charles Zandford, shall, on or before, _Nov. 6_, 2007, produce all bank statements for any and all deposit accounts maintained by the Debtor for the six month period immediately preceding the bankruptcy filing; and

3. Upon further application to this Court, appropriate sanctions will be imposed by the Court for any failure to comply with this Order.

BY THE COURT:

_____
PETER J. WALSH U.S.B.J.

*Filed on July 31, 2007*
*Reference Docket No. _____*

7/31/07
CM/ECF #97