IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | |
| CHARLES ZANDFORD | : | Bankruptcy Case No. 05-13305 |
| Debtor | : | |
| CHARLES ZANDFORD | : | |
| Appellant | : | |
| v. | : | Civil Action No. 07-611 GMS |
| TRUSTEE ALFRED THOMAS GIULIANO | : | |
| | : | |
| Appellee | | |

**ORDER**

WHEREAS, on October 5, 2007, a Notice of Amended Appeal of the Order of Bankruptcy Court entered on September 6, 2007, was filed (D.I. 1);

WHEREAS, on October 18, 2007, this case was referred to the Appellate Mediation Panel, and further briefing was deferred;

WHEREAS, on October 22, 2007, a letter of completion of mediation was filed by J. Richard Tucker, Esq. (D.I. 4);

IT IS HEREBY ORDERED that:

The parties submit a jointly prepared proposed briefing schedule for the Court's consideration no later than January 18, 2008.

CHIEF, UNITED STATES DISTRICT JUDGE

December 19, 2007

FILED
DEC 19
U.S. DISTRICT COURT
DISTRICT OF DELAWARE