IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: : | |
| CHARLES ZANDFORD, : | Bankruptcy Case No. 05-13305 |
| Debtor : | |
| CHARLES ZANDFORD : | |
| Appellant : | |
| v. : | Civil Action No. 07-611 GMS |
| TRUSTEE ALFRED THOMAS : GIULIANO : | |
| Appellee : | |

JOINT PROPOSED BRIEFING SCHEDULE
FOR COURT CONSIDERATION

Appellant, Charles Zandford ("Appellant") and Appellee, Alfred Thomas Giuliano, the appointed Chapter 7 Bankruptcy Trustee for the bankruptcy estate of Appellant ("Appellee"), in compliance with this Court's Order Dated December 19, 2007 directing Appellant and Appellee to submit a jointly prepared proposed briefing schedule for the Court's consideration in the above-captioned appeal from the order of the Bankruptcy Court dated September 6, 2007, hereby respectfully and jointly submit the following proposed briefing schedule for the Court's consideration:

1. Appellant will file and serve his Appellant's brief on or before the 30th day following the date on which the Court enters its Order containing the Briefing Schedule in this Civil Action.

2.   Appellee will file and serve his Appellee's brief on or before the 30th day following service by Appellant of Appellant's brief.

3.   Appellant will file any brief in reply to Appellee's brief on or before the 20th day following service by Appellee of Appellee's brief.

Respectfully submitted,

WEIR & PARTNERS, LLP

/s/ Charles Zandford
Charles Zandford, Pro Se
10 N.E. 4th St.
Milford, DE. 19963
(302) 725-0655

By: /s/ Jeffrey S. Cianciulli (#4369)
Jeffrey S. Cianciulli, Esquire
P.O. Box 708
Wilmington, DE 19801
Telephone: (302) 652-8181
Facsimile: (302) 652-8909