IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | : |
| CHARLES ZANDFORD, | : Bankruptcy Case No. 05-13305 |
| Debtor, | : |
| CHARLES ZANDFORD, | : |
| Appellant, | : |
| v. | : Civil Action No. 07-611GMS |
| TRUSTEE ALFRED THOMAS GIULIANO, | : |
| Appellee. | : |

## CERTIFICATE OF SERVICE

I, Jeffrey S. Cianciulli, Esquire, certify that I caused the foregoing Application for Relief in the Nature of a Motion to Quash to be served *via* first class mail on March 18, 2008 on the following:

Charles Zandford
106 Heritage Blvd.
#2
Princeton, NJ 08540

Charles Zandford
10 N.E. 4th St.
Milford, DE 19963

/s/ Jeffrey S. Cianciulli, Esquire
Jeffrey S. Cianciulli, Esquire