April 16, 2007

Clerk
U.S. District Court for the District of Delaware
4209 Federal Building
844 King Street, Room 4209
Wilmington, Delaware 19801

**FILED**

APR 1 8 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

B) scanned

**RE:  In Re: Charles Zandford**
        **Civil Action No. 07-611 GMS**

Dear Clerk:

   Enclosed for filing, please find the original of '**APPELLANT'S MOTION TO TAKE LEAVE OF COURT TO SUBSTITUTE THE ATTACHED 'APPELLANT'S BRIEF' AND TO WITHDRAW THE BRIEF THAT WAS FILED ON FEBRUARY 25, 2008.'**

Thank you for your assistance in this matter.

Charles Zandford
10 N.E. 4th Street
Milford, DE. 19963
(302) 725- 0655