April 17, 2008

Clerk
U.S. District Court for the District of Delaware
4209 Federal Building
844 King Street, Room 4209
Wilmington, Delaware 19801

RE: <u>In Re: Charles Zandford</u>
    Civil Action No. 07-611 GMS

Dear Clerk:

Enclosed for filing, please find the original, and a true copy of "APPELLANT'S MOTION TO ADD 4 MISSING PAGES TO HIS SUBSTITUTE 'APPELLANT'S BRIEF.'"

Thank you for your assistance in this matter.

Charles Zandford
10 N.E. 4th Street
Milford, DE. 19963
(302) 725-0655

FILED
APR 18 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BO scanned